### 30646. HARDEN v. THE STATE.

BROYLES, C. J. The defendant was found guilty of possessing and selling whisky, and her motion for a new trial was overruled. The evidence, while conflicting, authorized the verdict; and the special grounds of the motion for new trial, complaining of alleged errors of commission and omission in the charge of the court, show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED DECEMBER 4, 1944. REHEARING DENIED DECEMBER 18, 1944.

*Carroll D. Colley,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.